UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

───────────────────────────────

UNITED STATES OF AMERICA

-v-

15 CR 00176 (KMK)

MIGUEL CABRERA, ROMELLO DELOATCH,
ROLANDO GARCIA, WESLEY JACKSON,
BRANDON MORILLO, RAMON MORILLO
AND BRANDON THOMAS,

───────────────────────────────

Karas, J.

## ORDER ACCEPTING THE PLEA ALLOCUTION BEFORE A U.S. MAGISTRATE JUDGE

On January 5, 2016, United States Magistrate Judith C. McCarthy presided over the plea allocutions in the above captioned matter and reported and recommended that the named defendants' plea of guilty be accepted. The Court having reviewed the transcript of the allocution, the charging papers, and all other pertinent parts of the record, finds that the pleas accord with the requirements of Rule 11 of the Federal Rules of Criminal Procedure. Accordingly, the Court adjudges defendants guilty of the offense(s) to which the guilty pleas were offered. The Clerk is directed to enter the pleas.

SO ORDERED:

Kenneth M. Karas, U.S.D.J.

Dated: March 1, 2016
White Plains, NY